```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| HENRY E. MCKINNON, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 07-1694 (JBS/AMD) |
| v. | |
|  | **ORDER** |
| ALBERTO R. GONZALES & DEPARTMENT OF JUSTICE, | |
| Defendants. | |

This matter having come before the Court upon Defendants' motion for reconsideration [Docket Item 31]; the Court having considered the submissions of the parties in support thereof and in opposition thereto; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this **26th** day of **January, 2010** hereby

ORDERED that Defendants' motion for reconsideration is **DENIED**.

 **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
United States District Judge